# Court of Appeals, State of Michigan

## ORDER

WILLIAM WOODS AND JANET GRAY-WOODS V GENESEE COUNTY DRAIN COMMISSION

Docket No. 334733

LC No. 14-103684-CE

Patrick M. Meter
Presiding Judge

David H. Sawyer

Douglas B. Shapiro
Judges

The Court orders that the January 9, 2018 majority opinion is hereby AMENDED to correct a clerical error. On page 7, the signature block at the bottom of the page is amended to read: Patrick M. Meter and David H. Sawyer.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JAN 1 8 2018

Date

Chief Clerk